**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESALIE DYRDA, *individually, and on behalf of other similarly situated employees*,<br><br>Plaintiff,<br><br>v.<br><br>TUTOR TIME LEARNING CENTERS, LLC; and DOES 1 through 25, *inclusive*,<br><br>Defendants. | Case No. 2:26-cv-01018-MWC-BFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS INDIVIDUAL AND CLASS CLAIMS WITHOUT PREJUDICE (DKT. [22]) [JS-6]** |

Upon review of the parties' Joint Stipulation of Dismissal (Dkt. # 22), stipulating that Plaintiff Cesalie Dyrda's ("Plaintiff") individual and class claims asserted in this action be dismissed without prejudice, the Stipulation is **GRANTED**. The Stipulation is signed by both parties who have appeared in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); C.D. Cal. L.R. 7-1. Accordingly, the Court **ORDERS**:

1. The Stipulation is **GRANTED**;
2. Plaintiff's individual claims asserted in this action shall be **DISMISSED WITHOUT PREJUDICE**;
3. Plaintiff's class claims asserted in this action shall be **DISMISSED WITHOUT PREJUDICE**;
4. No notice to putative class members is required.

**IT IS SO ORDERED.**

DATED: September 3, 2026

Hon. Michelle Williams Court
United States District Judge